# EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| C.A. JONES MANAGEMENT GROUP, LLC, <br> GLOBAL BOOK RESELLERS, LLC, <br> TECHNOLOGY ASSOCIATES, INC., <br> CHARLES A. JONES and SARAH C. JONES <br><br> Plaintiffs <br><br> v. <br><br> SCOTTSDALE INDEMNITY COMPANY <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 5:13-CV-173-R <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF MICHAEL ZARTMAN

The Affiant, Michael Zartman, after being duly sworn, states and alleges as follows:

1. I am a Senior Technical Consultant for Scottsdale Insurance Company ("SIC"), providing consulting services to SIC and its affiliates, including Scottsdale Indemnity Company (hereinafter, "Scottsdale"). Immediately prior to that, I was a Senior Claim Manager, providing similar consulting services. I have served in those capacities for approximately 5 years. I am also an attorney, actively licensed in Ohio and California, and authorized to practice before various U.S. District Courts in those states and the U.S. Courts of Appeals for the Sixth and Ninth Circuits. I have personal knowledge of the matters discussed herein. If called as a witness, I could competently testify as to these facts.

2. In my capacity as a Senior Technical Consultant, I am familiar with the electronic records maintained in the regular course of the business of processing claims at Scottsdale. The electronic claims files are the records maintained by Scottsdale of claims made and claims decisions. These electronic claims records are maintained by Scottsdale as a record of regularly-conducted activity of processing claims for Scottsdale, at or near the time of the events depicted therein, by persons with a business duty to record the events honestly and accurately, and by persons with personal knowledge of those events. I, and others at Scottsdale, rely on such records in the course of performing our duties.

3. I have access to and personal knowledge of the electronic claims records related to Business And Management Indemnity Policy Number EKI3042564 issued by Scottsdale to C.A. Jones Management Group LLC ("C.A. Jones") for the Policy Period of July 1, 2011 to July 1, 2012 (the "7/1/11 Policy"). I also have access to and personal knowledge of the electronic claims records related to other policies issued by Scottsdale to C.A. Jones, including the subsequent

Business And Management Indemnity Policy Number EKI3069673 for the Policy Period of July 1, 2012 to November 27, 2012 (the "7/1/12 Policy").

4. The 7/1/11 Policy and 7/1/12 Policy are claims-made and reported policies. All reports or notifications of the Claims received and documented by Scottsdale from the Insureds or their agents or other parties relating to those for which Plaintiffs in this litigation seek coverage and defense under the 7/1/11 Policy are listed in the attached chart identified as Exhibit A to this Affidavit. As described below, *none* of the documented reports or notices to Scottsdale of Claims as listed in Exhibit A were reported to Scottsdale during the Policy Period of July 1, 2011 to July 1, 2012, or within 60 days after the 7/11/11 Policy expired on July 1, 2012.

5. Scottsdale's records reflect that on September 24, 2012, Betty Thompson of Professional Liability Insurance Services, Inc. submitted the **first notice** of this matter by email communication to Scottsdale, containing copies of the Complaint and Preservation Order in the action entitled *The McGraw Hill Companies, Inc. and Pearson Education Inc.v. Charles A. Jones, et al.*, U.S. District Court (Southern District of New York) Case No. 1:12-cv-07085 (the "McGraw Hill Action"), and requesting confirmation of receipt and claim number.

6. Scottsdale's records reflect that on September 24 and 25, 2012, Ms. Thompson subsequently sent further email communications to Scottsdale, containing copies of additional documents, including among other things, copies of the related Complaints in the following additional actions: (1) *College Book Rental Company, LLC v. Charles A. Jones, et al.*, Calloway Circuit Court (Kentucky) Case No. 12-CI-00473 (the "CBR Action"); (2) *Baker & Taylor, Inc. v. College Book Rental Company, LLC, et al.*, U.S. District Court (Western District of North Carolina) Case No. 3:12-cv-00553-MOC-DCK; and (3) *David Griffin v. Charles A. Jones, et al.*, U.S. District Court (Western District of Kentucky) Case No. 5:12-cv-00033-TBR ("Griffin I").

7. Scottsdale's records reflect that on September 25, 2012, Jonathan D. Rose, Esq. of Bradley Arant Boult Cummings LLP submitted notice by email communication of the McGraw Hill Action as a Claim against College Book Rental Company, LLC. Mr. Rose also advised Scottsdale of the filing of the CBR Action by College Book Rental Company, LLC as plaintiff, and provided copies of various additional documents related to the actions.

8. Scottsdale's records reflect that by October 4, 2012, Jonathan Freed, Esq. of Bradley, Freed & Grumley, PSC submitted notice by email communication of the McGraw Hill Action as a Claim against James W. Byars.

9. Scottsdale's records reflect that on November 9, 2012, Ms. Thompson sent an email communication to E-Risk Services LLC ("E-Risk"), containing a copy of the related Complaint in *David Griffin v. Charles A. Jones, et al.*, U.S. District Court (Western District of Kentucky) Case No. 5:12-cv-00163-TBR ("Griffin II"). E-Risk forwarded the November 9 email communication to Scottsdale. Thereafter, on November 28, 2012, Ms. Thompson sent a follow up email communication to E-Risk with another copy of the Complaint in Griffin II.

10. Scottsdale's records reflect that on March 1, 2013, Scottsdale received correspondence from Mr. Willis, dated February 25, 2013, purporting to submit notice on behalf of Marc Peebles

of losses related to the McGraw Hill Action and containing copies of various documents, including among other things, a Settlement Agreement and receipts.

11. Scottsdale's records reflect that on June 19, 2013, Ms. Thompson sent an email communication to Scottsdale, containing a copy of the related Complaint in *Robert H. Waldschmidt, Trustee v. C.A. Jones Management Group, LLC, et al.*, U.S. Bankruptcy Court (Middle District of Tennessee ) Adv. Proc. No. 3:13-ap-90101 (the "Trustee Action"), in connection with In *Re College Book Rental Company LLC*, U.S. Bankruptcy Court (Middle District of Tennessee) Case No. 12-bk-09130-MH3-11. The Trustee Action also was not reported during the subsequent Policy Period or within 60 days after the 7/11/12 Policy ended on November 27, 2012.

12. Discovery in this lawsuit is ongoing and incomplete. The documents and information referenced in Exhibit A hereto constitute all documentary evidence of reports or notifications of the Claims received and documented by Scottsdale from the Insureds or their agents or other parties relating to those for which Plaintiffs in this litigation seek coverage and defense under the 7/1/11 Policy identified to date, not subject to attorney-client or attorney work product privilege. Scottsdale specifically reserves the right to amend or supplement the attached exhibit if additional documents or information becomes available.

FURTHER AFFIANT SAYETH NAUGHT.

_/s/ Michael Zartman_

STATE OF OHIO

COUNTY OF SUMMIT

Subscribed, sworn to and acknowledged before me by Michael Zartman on this the 3 day of February 2014.

My commission expires: 10/1/18 .

[Seal] _/s/ George A. Fisher_

Notary Public

George A. Fisher
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 10/01/2018

3

Affidavit of Michael Zartman Exhibit A: All Notices of Claims Received by Scottsdale for Policy Number EKI3042564 Related to Plaintiffs' Claims in Subject Litigation

| **Exhibit** | **Date** | **Description** | **Bates Number** |
|---|---|---|---|
| 1 | 9/24/12 | Email from Betty Thompson, Professional Liability Insurance Services, Inc., to fsreportaloss@freedomspecialityins.com attaching copy of Complaint regarding *The McGraw Hill Companies, Inc. v. Charles A. Jones*, Southern District of New York, Case No. 1:12-cv-07085. | Scottsdale 000001 – Scottsdale 000023 |
| 2 | 9/24/12 | Emails from Betty Thompson, Professional Liability Insurance Services, Inc., to fsreportaloss@freedomspecialityins.com attaching copy of Complaint, Motion for Restraining Order and Temporary Injunction, Memorandum of Law in Support of Motion for Restraining Order and Temporary Injunction, and Restraining Order regarding *College Book Rental Company ("CBR") v. Jones*, Calloway Circuit Court, Case No. 12-CI-00473. | Scottsdale 000131 – Scottsdale 000269 |
| 3 | 9/24/12 | Email from Betty Thompson, Professional Liability Insurance Services, Inc., to fsreportaloss@freedomspecialityins.com attaching copy of Complaint regarding *Baker & Taylor, Inc. v. College Book Rental, LLC*, Western District of NC, Case No. 3:12-cv-00553-MOC-DCK. | Scottsdale 000270 – Scottsdale 000304 |
| 4 | 9/25/12 | Letter from Jonathan Rose, Bradley Arant Boult Cummings, LLP, to Claims Manager, Scottsdale Indemnity Company, requesting Scottsdale take notice of claims filed against College Book Rental Company in *The McGraw Hill Companies, Inc. v. Charles A. Jones*, Southern District of New York, Case No. 1:12-cv-07085 and attaching the Complaint, Preservation Order, Memorandum in Support of Motion for an Order to Show Cause and for Expedited Discovery. Also attached are the Complaint, Motion for Restraining Order and Temporary Injunction, Motion for Expedited Discovery, Restraining Order, Bond, and Order regarding *College Book Rental Company ("CBR") v. Jones*, Calloway Circuit Court, Case No. 12-CI-00473. (Griffin I.) | Scottsdale 000305 – Scottsdale 000577 |
| 5 | 9/25/12 | Email from Betty Thompson, Professional Liability Insurance Services, Inc., to fsreportaloss@freedomspecialityins.com attaching copy of Complaint regarding *David Griffin v. Charles A. Jones, et al.,* Western District of Kentucky Case No. 5:12-cv-00033-TBR. | Scottsdale 000578 – Scottsdale 000594 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 6 | 10/2/12 | Letter from Jonathan Freed, Bradley, Freed & Grumley, PSC, to Tania Torno, Freedom Specialty Insurance, requesting Scottsdale extend defense and coverage for James W. Byars for the allegations asserted in *The McGraw Hill Companies, Inc. v. Charles A. Jones*, Southern District of New York, Case No. 1:12-cv-07085. | Scottsdale 000747 – Scottsdale 000748 |
| 7 | 10/9/12 | Email from Betty Thompson, Professional Liability Insurance Services, Inc. to Tania Torno with Freedom Specialty Insurance giving notice of McGraw-Hill Amended Complaint. | Scottsdale 000749 – Scottsdale 000776 |
| 8 | 11/9/12 | Email from Betty Thompson, Professional Liability Insurance Services, Inc., to kblount@eriskservices.com attaching copy of Complaint regarding *David Griffin v. Charles A. Jones, et al.*, Western District of Kentucky Case No. 5:12-cv-00163-TBR. (Griffin II.) | Scottsdale 000799 – Scottsdale 000822 |
| 9 | 11/28/12 12/3/12 | Email between Betty Thompson, Professional Liability Insurance Services, Inc., and Veronica Devoe and Joe Ferrari with E-Risk Services that appears to reference Griffin v. Jones II. | Scottsdale 000845 – Scottsdale 000846 |
| 10 | 2/25/13 | Letter from Dale H. Willis, Willis Insurance, Inc., to Tania Torno, Scottsdale Insurance Group, requesting Scottsdale defend Marc Peebles in *The McGraw Hill Companies, Inc. v. Charles A. Jones*, Southern District of New York, Case No. 1:12-cv-07085 and attaching a summary of employment history, Summons, Preservation Order, Temporary Restraining Order, Memorandum of Points and Authorities in Support of Plaintiffs' Motion for an Order to Show Cause and for Expedited Discovery, Settlement Agreement, a list of expenses, and copies of receipts. | Scottsdale 000855 – Scottsdale 001013 |
| 11 | 6/19/13 | Email from Betty Thompson, Professional Liability Insurance Services, Inc., to fsreportaloss@freedomspecialityins.com attaching copy of Complaint regarding *Robert H. Waldschmidt, Trustee v. C.A. Jones Management Group, LLC, et al.*, Middle District of Tennessee Bankruptcy Court, Adv. Proc. No. 3:13-ap-90101 | Scottsdale 001014 – Scottsdale 001023 |